1

2

3

4

5

6

7
**UNITED STATES DISTRICT COURT**

8
**DISTRICT OF NEVADA**

9
**\* \* \***

10   DONALD G. KINSMAN,                    )
                                          )
11              Plaintiff(s),             )          2:10-cv-0309-RLH-PAL
                                          )
12         vs.                            )          **O R D E R**
                                          )
13   HOME DEPOT, U.S.A., INC., *et al.*,  )
                                          )
14              Defendant(s).             )
                                          )
15   _____

16         Before this Court is the Report of Findings and Recommendation of United States

17   Magistrate Judge (#16, filed May 20, 2010), entered by the Honorable Peggy A. Leen,  regarding

18   Plaintiff's  failure to comply with the Court's orders. No objection was filed to Magistrate Judge

19   Leen's Report of Findings and Recommendation of United States Magistrate Judge in accordance

20   with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of

21   Nevada, and the matter was submitted for consideration.

22         The Court has conducted a *de novo* review of the record in this case in accordance

23   with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of

24   Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

25         IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings

26   and Recommendation (#16) is ACCEPTED and ADOPTED, and, Plaintiff having failed to retain

1

1    counsel of who has filed a notice of appearance or notified the Court that he will proceed *pro se*, and

2    having failed to file a Certificate of Interested Parties, all on or before June 3, 2010, as ordered, this

3    matter is DISMISSED.

4         Dated:   June 28, 2010.

6    _____
     **ROGER L. HUNT**

7    **Chief U.S. District Judge**